UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**06 CRIM. 1118**

- - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,        :

      - v -        :        NOTICE OF INTENT TO
FILE AN INFORMATION

TAREK OUN,        :

         Defendant.        :

- - - - - - - - - - - - - - x

      Please take notice that the United States Attorney's
Office will file an information upon the defendant's waiver of
indictment, pursuant to Rule 7(b) of the Federal Rules of
Criminal Procedure.

Dated:    New York, New York
        December 5, 2006

                    MICHAEL J. GARCIA
                    United States Attorney

By:    _____
        John T. Zach,
        Assistant United States Attorney

AGREED AND CONSENTED TO:

By:    _____
        Joel M. Stein, Esq.
        Attorney for Tarek Oun

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

JUDGE KARAS