```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - -x
UNITED STATES OF AMERICA        :
          - v. -                :     INFORMATION
TAREK OUN,                      :     06 Cr. ____
                                :
                                :     06CRIM.1118
          Defendant.            :
- - - - - - - - - - - - - - - -x
```

*[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: DATE DEC 06 2006]*

*[Margin: JUDGE KARAS]*

## COUNT ONE

The United States Attorney charges:

1.   From in and around May 2006, up to and including on or about July 27, 2006, in the Southern District of New York and elsewhere, TAREK OUN, the defendant, unlawfully, willfully, and knowingly, in an offense affecting interstate commerce, and with intent to defraud, did have control and custody of, and possess device-making equipment, to wit, OUN possessed a credit card skimmer and offered to, and did, produce counterfeit credit cards.

(Title 18, United States Code, Section 1029(a)(4).)

## COUNT TWO

The United States Attorney further charges:

2.   From in and around May 2006, up to and on or about July 27, 2006, in the Southern District of New York and elsewhere, TAREK OUN, the defendant, and others known and

unknown, unlawfully, willfully, and knowingly did combine, conspire, confederate, and agree together and with others to commit an offense against the United States, to wit, to violate Title 18, United States Code, Section 513.

3.   It was a part and an object of the conspiracy that TAREK OUN, the defendant, and others known and unknown, unlawfully, willfully, and knowingly, would and did make, utter and possess a counterfeit and forged security of an organization, with intent to deceive another person and organization, in violation of Title 18, United States Code, Section 513(a).

<u>OVERT ACTS</u>

4.   In furtherance of the conspiracy and to effect the illegal object thereof, the following overt acts, among others, were committed in the Southern District of New York and elsewhere:

(a) On or about June 15, 2006, OUN met with at least two individuals in Manhattan to discuss the sale of, among other things, counterfeit checks.

      (b) On or about July 27, 2006, OUN possessed numerous counterfeit checks.

      (Title 18, United States Code, Section 371.)

*Michael J. Garcia*
MICHAEL J. GARCIA
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

TAREK OUN,

Defendant.

## INFORMATION

06 Cr.

(18 U.S.C. §§ 1029(a)(4), 371)

MICHAEL J. GARCIA
United States Attorney.