UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - X

                                :

UNITED STATES OF AMERICA        :        **WAIVER OF INDICTMENT**

              v.                :        06 Cr. ____

                                :

TAREK OUN,                      :

                                :

              Defendant.        :

                                :

- - - - - - - - - - - - - - - - X

        The above-named defendant, who is accused of violating

Title 18, United States Code, Sections 1029(a)(4) and 371, being

advised of the nature of the charges and of his rights, hereby

waives, in open Court, prosecution by indictment and consents

that the proceeding may be by Information instead of by

Indictment.

**JUDGE KARAS**

_____
TAREK OUN
Defendant

_____
Witness

_____
Joel M. Stein, Esq.
Counsel for Defendant

Date:  New York, New York
       December__, 2006

0202

