

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

**MEMO ENDORSED**

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 31, 2007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/5/07

**BY HAND**
The Honorable Kenneth M. Karas
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 920
New York, New York 10007-1312

> Re:  United States v. Tarek Oun,
>      06 Cr. 1118 (KMK)

Dear Judge Karas:

The Government respectfully writes to request that the sentencing currently scheduled for June 8, 2007, at 10:00 a.m. in the above-referenced matter be adjourned until a date in the early fall. This is the first request for an adjournment and the defendant, through his attorney, has consented to such an adjournment.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: _____
John T. Zach
Assistant United States Attorney
Telephone: (212) 637-2410

cc: **BY FAX**
Joel M. Stein, Esq.

*Sentence is adjourned until October 19, 2007, at 11:15 AM*
SO ORDERED
KENNETH M. KARAS U.S.D.J.
6/4/07