

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 12, 2007

**MEMO ENDORSED**

**BY HAND**
The Honorable Kenneth M. Karas
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 920
New York, New York 10007-1312

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

Re: United States v. Tarek Oun,
06 Cr. 1118 (KMK)

Dear Judge Karas:

The Government respectfully writes to request that the sentencing currently scheduled for October 18, 2007, in the above-referenced matter be adjourned until a date in the Spring of 2008. This is the second request for an adjournment and the defendant, through his attorney, has consented to such an adjournment.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: _____
John T. Zach
Assistant United States Attorney
Telephone: (212) 637-2410

cc: **BY FAX**
Joel M. Stein, Esq.

Sentence is re-scheduled for April 9, 2008, at 10:30

SO ORDERED

_____
KENNETH M. KARAS U.S.D.J.
10/12/07

TOTAL P.02