USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

Traub & Traub, P.C. ☎002/002

**JOEL M. STEIN, ESQ.**
ATTORNEY AT LAW
39 BROADWAY
SUITE 2420
NEW YORK, NEW YORK 10006

(212) 344-8008
FAX: (212) 571-0860

BY ECF

June 17, 2008

Judge Kenneth M. Karas
United States Courthouse
300 Quarropas St.
White Plains, NY

Re: USA v. Tarek Oun
06 CR 1118 (KMK)

**MEMO ENDORSED**

Dear Judge Karas:

The defendant Tarek Oun is requesting permission to travel to his home country, Egypt, from on or about July 20 to September 2, 2008. When Mr. Oun was released on bail, his travel was restricted to the Eastern and Southern Districts of New York and the states of Connecticut and New Jersey. He was required to surrender his passport and directed not to apply for a new one.

To my knowledge, Mr. Oun has been in compliance with the conditions of his release, including reporting by telephone to the Pretrial Services Agency.

If the Court approves Mr. Oun's request, his passport may have expired in the intervening time and would have to apply for a new one.

Accordingly, the defendant respectfully requests that the Court authorize the defendant's travel and the release of his passport, and, if necessary, permission to apply for a new passport.

AUSA John Zack informs me that the government has no objection to this request.

Thank you for your consideration of this request.

cc: AUSA John Zack
(by fax)

Very truly yours,

Joel M. Stein, Esq.
Counsel to defendant

*Granted, as long as Mr. Oun provides 24-hour contact information while in Egypt and notifies the Government immediately upon his return. So Ordered, K M 6/19/08*